# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                              Case No. 3:23cr40-TKW

JOHN WAYNE THOMAS

_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, **JOHN WAYNE THOMAS,** to Count One, Count Two, Count Four, and Count Five of the Indictment is hereby **ACCEPTED**.   All parties shall appear before this Court for sentencing as directed.

**DONE and ORDERED** this 18th day of January, 2024.

_____

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**